ORIGINAL

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**Sankofa Bey Sekou,**

**Plaintiff,**

**Vs.**

THE CITY OF NEW YORK; NEW YORK
CITY POLICE COMMISSIONER RAYMOND
KELLY, in his individual and official capacity;
MAYOR MICHAEL BLOOMBERG, in his
Individual and official capacity;
NEW YORK CITY POLICE OFFICER
RICHARD PIMENTEL, in his individual capacity;
NEW YORK CITY POLICE OFFICER FRED
BARRAZA OR HIS ESTATE
LT. THOMAS PASSOLO, in his individual capacity;
NEW YORK CITY POLICE OFFICER THOMAS PFEIFFER,
In his individual capacity; NEW YORK CITY POLICE
OFFICER ANDREW SEELEY, in his individual
Capacity; NEW YORK CITY POLICE OFFICER
DAVID SAPONIERI, in his individual capacity;
NEW YORK CITY POLICE OFFICER
CHRISTOPHER THAYER, in his individual capacity;
SERGEANT FRANCIS MARGRAF, in his individual
Capacity; THE CITY OF NEW YORK OFFICE OF
THE COMPTROLLER
MIHAI POPA
USED-THINGS STORE CORP.
LUCERO OF USED-THINGS STORE CORP.

**Defendants,**
-----------------------------------------------------------X

DOCKET#
**CV-11-5833 (BMC) (MDG)**
DEMAND FOR JURY TRIAL



RECEIVED
JAN 03 2012
PRO SE OFFICE

## PRELIMINARY STATEMENT

1.  This is a civil rights action brought by Plaintiff Sankofa Bey
    Sekou to seek relief for Defendants' violation of his rights, privileges,
    and immunities secured by the Civil Rights Act of 1871, 42 U.S.C. §
    1983, the Fourth and Fourteenth Amendments to the United States
    Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. §
    2000(d), *et seq.* ("Title VI"), and the Constitution and laws of the State
    of New York.

2.  The Defendants in this action, the City of New York ("City"), New
    York City Police Commissioner Raymond Kelly ("Kelly"), the Mayor
    of the City of New York, Michael Bloomberg ("Bloomberg") and New
    York City Police Officers Fred Barraza, Richard Pimental, Sergeant
    Francis Margraf of the 110th Precinct of the NYPD, Police Officer
    Thomas Pfeiffer, Lt. Thomas Passolo, Police Officer David Saponieri,
    Police Officer Andrew Seeley, and Police Officer Christopher Thayer ,
    have implemented and are continuing to enforce, encourage and
    sanction a policy, practice and/or custom of unconstitutional detentions,
    "sting operations, malicious prosecutions and frisks of City residents by
    the New York Police Department ("NYPD").

3.    As a result of the said policy, plaintiff on the day of September 28, 2010, was descended upon by a violent MOB OF POLICE OFFICERS OF THE NYPD, 110<sup>th</sup> PRECINCT, who grabbed, shackled, confined, chained, violently struck, beat and dehumanized him and falsely accused him of being in possession of stolen property, which was plaintiff's lawfully acquired private property for which he possessed proof of purchase, store receipt and actual location of store

4.    As a result of the said policy, plaintiff on the day of September 28, 2010, plaintiff was viciously and brutally attacked, beaten, kicked, bruised, injured, and his physical body damaged and tortured as though he was not human.

5.    Without JUST CAUSE, a violent MOB OF POLICE OFFICERS OF THE NYPD, 110<sup>th</sup> PRECINCT, which included, but not limited to, OFFICER FRED BARRAZA, **TAX REG# 941395,** OFFICER RICHARD PIMENTEL **TAX REG#22929**, FRANCIS MARGRAF **TAX REG#03006** SERGEANT OF THE 110<sup>TH</sup> precinct on the DAY OF SEPT 28, 2010,  AND OFFICERS THOMAS PFEIFFER **TAX REG# 08898**, DAVID SAPONIERI **TAX REG# 11678**, ANDREW SEELEY **TAX  REG# 08445** CHRISTOPHER  THAYER  **TAX**

REG# 12729 and LT. THOMAS PASSOLO **TAX REG# 92431**

violently attacked the plaintiff in violation of the Equal Protection

Clause of the Fourteenth Amendment of the United States

Constitution.

6.   The NYPD's widespread constitutional abuses have flourished as a

result of, and are directly and proximately caused by, policies,

practices and/or customs devised, implemented and enforced by the

City, Kelly and Bloomberg. The City, Kelly and Bloomberg, and a

violent MOB OF POLICE OFFICERS OF THE NYPD, 110th

PRECINCT, which included, but not limited to, OFFICER FRED

BARRAZA, **TAX REG# 941395,** OFFICER RICHARD PIMENTEL

**TAX REG# 22929,** FRANCIS MARGRAF **TAX REG# 03006**

SERGEANT OF THE 110TH precinct on the DAY OF SEPT 28,

2010, AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI,

ANDREW SEELEY, CHRISTOPHER THAYER and LT. THOMAS

PASSOLO , have acted with deliberate indifference to the

constitutional rights of plaintiff Sankofa Bey Sekou and have

irreparably damaged him.

7.   The City, Kelly and Bloomberg have acted with deliberate

indifference to the constitutional rights of plaintiff by:

(a) failing properly screen, train, and supervise NYPD officers, (b) inadequately monitoring NYPD officers and their stop and frisk practices, (c) failing to sufficiently discipline NYPD officers who engage in constitutional abuses, and (d) encouraging, sanctioning and failing to rectify the NYPD's unconstitutional practices.

8.     As a direct and proximate result of defendants' policies, practices and/or customs, plaintiff was subjected to violent and malicious unconstitutional seizure, confiscation, brutality, and dehumanization by the named NYPD officers in this complaint.

## JURISDICTION

Jurisdiction is conferred upon this Court under 28 U.S.C. §§ 1331 and 1343(3) and (4), as this action seeks redress for the violation of Plaintiffs constitutional and civil rights. Plaintiff's claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

9.     Plaintiff further invoke this Court's supplemental jurisdiction, pursuant to 28 U.S.C.§ 1367(a), over any and all state constitutional and state law claims that are so related to the

claims within the original jurisdiction of this Court that they form part of the same case or controversy.

## VENUE

10.   Venue is proper in the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1391 (b) and (c).

## JURY DEMAND

11.   Plaintiff demands trial by jury in this action on each and every one of his claims.

## PARTIES

12.   Plaintiff Sankofa Bey Sekou ("Bey") is an African-American who resides in the Borough of Queens, where active and rampant frisks, stops, and unconstitutional seizures take place daily.

## DEFENDANTS

13.   Defendant CITY OF NEW YORK ("City") is a municipal entity created and authorized under the laws of the State of New York. It is authorized under the laws of the State of New York to maintain a police department, the NYPD, which acts as its agent in the area of law enforcement and for which it is ultimately

responsible. The City assumes the risks incidental to the maintenance

of a police force and the employment of police officers. The NYPD's

operations include the operations as

described herein. On information and belief, the law enforcement

activities of the NYPD are funded, in part, with funds from the federal

government.

14. Defendant New York City Police Commissioner RAYMOND

KELLY is and was, at all times relevant herein, the Police

Commissioner for the City, and is and was responsible for, and the

chief architect of, the policies, practices and or customs of the

NYPD, a municipal agency of the City. He is and was, at all times

relevant herein, responsible for the hiring, screening, training,

retention, supervision, discipline, counseling and control of the police

officers under his command who are or were employed by the NYPD,

including ,the Defendants named

herein. He is sued individually and in his official capacity.

15. Defendants NEW YORK CITY POLICE OFFICERS which included,

but not limited to, OFFICER FRED BARRAZA, **TAX REG# 941395,**

OFFICER RICHARD PIMENTEL **TAX REG# 22929**, FRANCIS

MARGRAF SERGEANT **TAX REG# 03006** OF THE 110TH

precinct, LT. THOMAS PASSOLO **TAX REG# 92431**, POLICE

OFFICER PFEIFFER **TAX REG# 08898** on the DAY OF SEPT 28,

2010, AND OFFICERS DAVID SAPONIERI **TAX REG# 11678**,

ANDREW SEELEY **TAX REG# 08445**, and CHRISTOPHER

THAYER are or were, at all times relevant herein, officers, employees,

and agents of the NYPD, a municipal agency of the City.  Defendants

NEW YORK CITY POLICE OFFICER FRED BARRAZA, **<u>TAX

REG# 941395,</u>** OFFICER RICHARD PIMENTEL **TAX REG#

22929**, FRANCIS MARGRAF **TAX REG# 03006** SERGEANT OF

THE 110TH precinct on the DAY OF SEPT 28, 2010, AND OFFICERS

THOMAS PFEIFFER, DAVID SAPONIERI, ANDREW SEELEY,

CHRISTOPHER THAYER AND LT. THOMAS PASSOLO ,

are sued in their individual capacities.

16.   Defendant MICHAEL BLOOMBERG is and was, at all times

relevant herein, the Mayor of the City of New York and the chief

policy making official for the City and its departments, including the

NYPD. He is sued in both his individual and official capacities.

17.   At all times relevant herein, Defendants NEW YORK CITY

POLICE OFFICER FRED BARRAZA, **TAX REG# 941395,**

OFFICER RICHARD PIMENTEL, FRANCIS MARGRAF

SERGEANT OF THE 110<sup>TH</sup> precinct on the DAY OF SEPT 28,

2010, AND OFFICERS THOMAS PFEIFFER, DAVID

SAPONIERI, ANDREW SEELEY, CHRISTOPHER and LT.

THOMAS PASSOLO , Kelly and Bloomberg have acted under

color of state law in the course and scope of their duties and

functions as agents, employees, and officers of the City and/or the

NYPD in engaging in the conduct described herein. At all times

relevant herein, Defendants have acted for and on behalf of the

City and/or the NYPD with the power and authority vested in them

as officers, agents and employees of the City and/or the NYPD and

incidental to the lawful pursuit of their duties as officers,

employees and agents of the City and/or the NYPD.

18.   At all times relevant herein, Defendants NEW YORK CITY

POLICE OFFICER FRED BARRAZA, **TAX REG# 941395,**

OFFICER RICHARD PIMENTEL, FRANCIS MARGRAF

SERGEANT OF THE 110<sup>TH</sup> precinct on the DAY OF SEPT 28,

2010, AND OFFICERS THOMAS PFEIFFER, DAVID

SAPONIERI, ANDREW SEELEY, CHISTOPHER THAYER and

LT. THOMAS PASSOLO, Kelly and Bloomberg have violated

clearly established constitutional standards under the Fourth

Amendment and the Equal Protection Clause of the Fourteenth

Amendment of which a reasonable person would have known.

19..   Defendant, MIHAI POPA, is the individual who falsely reported

to the police about an alleged missing bicycle which lawfully

belonged to plaintiff, but upon information and belief appears to be

an agent of the NYPD working in concert with them in sting

operations, by responding to a listing placed on CRAIGSLIST.

20.   Defendant, USED THINGS STORE CORP and LUCERO OF USED

THINGS STORE CORP, are the entities that plaintiff purchased the

bicycle in this action from on 9/28/2010.

## STATEMENT OF FACTS

22.  Plaintiff repeats and re-alleges paragraphs from one to twenty-one above as if fully set herein.

23.  On the day of September 28, 2010, plaintiff bought a WINDSOR SPEED 56CM FRAME BICYCLE, from defendant

SED-THINGS STORE CORP, and subsequently listed it on CRAIGSLIST TO RE-SELL ON THE SAME DAY. (Please see the proof of purchase as exhibit A, copy of the listing on CRIAGSLIST as exhibit B, and a copy of the picture of the said bicycle as exhibit C, all attached herein and fully incorporated.)

24.  On the same day, 9/28/2010, a certain individual now identified as defendant MIHAI POPA, responded to plaintiff's posting on CRAIGSLIST and offered to purchase the said bicycle.

25.  Plaintiff and defendant MIHAI POPA agreed to meet on 9/28/2010, to consummate the transaction.

26.  On or about 6:00 pm and 7:00 pm, plaintiff arrived at the pre-agreed location to transact a lawful exchange with this alleged "buyer"

27.  But to his dismay, shock, perplexity, when he arrived at the location on 111 Street and Roosevelt Avenue with the bicycle,

he was swooped down upon by a violent MOB OF NEW YORK

CITY POLICE DEPARTMENT OFFICERS from the 110th precinct,

including but not limited to, FRED BARRAZA, TAX REG# 941395,

AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI,

ANDREW SEELEY, and CHRISTOPHER THAYER who literally

emerged from nowhere and came hauling profanities, curse words,

totting guns, and commanding plaintiff to Put his hands on the wall.

28.   The violent MOB OF NEW YORK CITY POLICE DEPARTMENT

OFFICERS from the 110th precinct, including but not limited to,

FRED BARRAZA, TAX REG# 941395, AND OFFICERS THOMAS

PFEIFFER, DAVID SAPONIERI, ANDREW SEELEY, and

CHISTOPHER THAYER, after the arrest, plaintiff was taken to 110th

precinct and place in a cell. When police officers were ready to

transfer plaintiff to Queens Central booking, plaintiff ask to be

handcuffed from the front, Police Officers immediately pounced upon

defendant and began beating and kicking plaintiff and accused him of

being in possession of stolen property, to with the bicycle.

29.   Plaintiff vocally informed the MOB that the bicycle was his

legitimately acquired private property and offered to produce

documentation to that effect as proof.

30.   But the MOB OF POLICE OFFICERS from the 110th precinct,
      including but not limited to, FRED BARRAZA, TAX REG# 941395,
      AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI,
      ANDREW SEELEY, and CHRISTOPHER THAYER, ignored
      plaintiff but instead brutalized his body cuffed his legs, and then
      chained his hands to his back and dragged him like a common slave
      into their patrol car after beating him repeatedly for a long period of
      time.

31.   Plaintiff informed the MOB OFFICERS that they had severely
      injured him and that his shoulder legs, arms, elbows were in writhing
      pain and anguish.

32.   The MOB OFFICERS drove plaintiff to ELMHURST HOSPITAL
      CENTER EMERGENCY ROOM, after leaving him in pain for
      SEVERAL  HOURS, WITHOUT MEDICAL ATTENTION, where he
      was admitted under police surveillance and chained to the hospital bed.
      (please see exhibit D, the proof of the medical reports from
      ELMHURST)

33.   On the day of 9/29/2010, plaintiff, now in anguish and pain,

was driven to the 110<sup>th</sup> precinct (after spending 12 hours chained to the bed at ELMHURST) where the Sergeant FRANCIS MARGRAF TAX REG# 03006 of 110<sup>TH</sup> precinct on that day, told plaintiff that he was "HIS PROPERTY/SLAVE AND  THEREFORE MUST DO AS HE WAS TOLD or lose his life."

34.   Plaintiff has subsequently filed CLIAMS with the CITY OF NEW YORK OFFICE OF THE COMPTROLLER, who has remained aloof with respect to providing a befitting remedy to plaintiff's torment, anguish, harm and irreparable damages to his person, and dignity.

35.   The violent MOB OF NEW YORK CITY POLICE DEPARTMENT OFFICERS from the 110<sup>th</sup> precinct, including but not limited to, FRED BARRAZA, TAX REG# 941395, AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI, ANDREW SEELEY, and CHRISTOPHER THAYER_deliberately and indifferently while acting under color of law, violated the constitutional rights of plaintiff Bey and have irreparably damaged him.

## FIRST CLAIM

## (Claims Pursuant to 42 U.S.C. § 1983

### Against All Defendants for Violations of the Fourth Amendment)

36.     Plaintiff repeats and re-alleges paragraphs from one to thirty-five

above as if fully set herein.

37.     The City, Kelly and Bloomberg, and The violent MOB OF NEW

YORK CITY POLICE DEPARTMENT OFFICERS from the 110th

precinct, including but not limited to, FRED BARRAZA, <u>TAX

REG# 941395,</u> AND OFFICERS THOMAS PFEIFFER, DAVID

SAPONIERI, ANDREW SEELEY, CHRISTOPHER THAYER,

RICHARD PIMENTAL, LT. THOMAS PASSOLO and sergeant

FRANCIS MARGRAF have implemented, enforced, encouraged and

sanctioned a policy, practice and/or custom of stopping and seizing

African Americans without the legitimate cause or reasonable

articulable suspicion of criminality required by the Fourth

Amendment. These constitutional abuses and its twin unconstitutional

searches and seizures and the use of excessive force have now become

a huge blot on the face of the City of New York.

38.  The NYPD's constitutional abuses and violations were and are

directly and proximately caused by policies, practices and/or customs devised, implemented, enforced, encouraged and sanctioned by the City, Kelly and Bloomberg, including: (1) the failure to adequately and properly screen, train, and supervise NYPD officers; (2) the failure to properly and adequately monitor and discipline NYPD officers; and (3) the overt and tacit encouragement and sanctioning of, and the failure to rectify, the NYPD's unconstitutional seizures, brutality and violence against African American Nationals.

39.     Each of the Defendants has acted with deliberate indifference to the Fourth Amendment rights of Plaintiff. As a direct and proximate result of the acts and omissions of each of the Defendants, Plaintiff's Fourth Amendment rights have been violated. By acting under color of state law to deprive Plaintiff of his rights under the Fourth Amendment, the Defendants are in violation of 42 U.S.C. § 1983, which prohibits the deprivation under color of state law of rights secured under the United States Constitution.

40.     The NYPD targets Black and Latino individuals for illegal stops and frisks which result to unconstitutional seizures, violence and possible deaths in plaintiff's neighborhood. Thus, a real and immediate threat

exists that Plaintiff's Fourth Amendment rights will be violated by NYPD officers in the future. Moreover, because Defendants' policies, practices and/or customs subjected Plaintiff to violent stops and frisks without any reasonable, articulable suspicion of criminality, and often on the basis of race and/or national origin, plaintiff cannot alter their behavior to avoid future violations of their Constitutional and civil rights at the hands of the NYPD.

41. Plaintiff has no adequate remedy at law and will suffer serious and irreparable harm to his constitutional rights unless Defendants are enjoined from continuing the NYPD's policy, practice and/or custom of no constitutional stops and frisks, and the policies, practices and/or customs that have directly and proximately caused such constitutional abuses.

## SECOND CLAIM

### (Claims Pursuant to 42 U.S.C. § 1983

Against All Defendants for Violations of Equal Protection Clause)

42. Plaintiff repeats and re-alleges paragraphs from one to forty-one above as if fully set herein.

43. The City, Kelly and Bloomberg, a violent MOB OF NEW YORK

CITY POLICE DEPARTMENT OFFICERS from the 110<sup>th</sup> precinct,

including but not limited to, FRED BARRAZA, <u>TAX REG# 941395,</u>

AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI,

ANDREW SEELEY, CHRISTOPHER THAYER, RICHARD

PIMENTEL, LT. THOMAS PASSOLO and SERGEANT FRANCIS

MARGRAF  have implemented, enforced, encouraged and sanctioned

a policy, practice and/or custom of stopping and frisking individuals

without the reasonable articulable suspicion of criminality required by

the Fourth Amendment. These constitutional abuses and its twin

unconstitutional searches and seizures and the use of excessive force

have now become a huge blot on the face of the City of New York.

44.  The NYPD targets Black and Latino individuals for NYPD's

unconstitutional seizures, brutality and violence against African

American Nationals. Thus, a real and immediate threat exist that

Plaintiffs Fourth Amendment rights will be violated by

NYPD officers in the future. Moreover, because Defendants'

policies, practices and/or customs subjected Plaintiff to violent

stops, frisks and seizures without any reasonable, articulable

suspicion of criminality, and often on the basis of race and/or

national origin, plaintiff cannot alter their behavior to avoid future violations of their Constitutional and civil rights at the hands of the NYPD.

45.     Plaintiff has no adequate remedy at law and will suffer serious and irreparable harm to his constitutional rights unless Defendants are enjoined from continuing the NYPD's policy, practice and/or custom of no constitutional stops and frisks, and the policies, practices and/or customs, that have directly and proximately caused such constitutional abuses.

## THIRD CLAIM

### (Claims under Title VI of the Civil Rights Act

### of 1964, 42 U.S.C. § 2000(d), *et seq.*

### Against the City of New        York)

46.     Plaintiff repeats and re-alleges paragraphs from one to forty-six above as if fully set herein.

47.     The law enforcement activities described in this complaint have been funded, in part, with federal funds.

48.     Discrimination based on race in the law enforcement activities and conduct described in this complaint are prohibited under 42 U.S.C.

§ 2000(d), *et seq.* The acts and conduct complained of herein by the Defendants were motivated by racial animus, and were intended to discriminate on the basis of race and/or had a disparate impact on minorities, particularly Blacks and Latinos.

49.    As a direct and proximate result of the above mentioned acts, Plaintiff has suffered injuries and damages and has been deprived of his rights under the civil rights laws. Without appropriate injunctive relief, these violations will continue to occur.

**FOURTH CLAIM**

**(Plaintiff Bey's Claims Pursuant to 42 U.S.C. § 1983**

**Against <u>Defendants NEW YORK CITY POLICE OFFICER**

**FRED  BARRAZA, TAX REG# 941395, OFFICER RICHARD**

**PIMENTEL,  SERGEANT FRANCIS MARGRAF**

**OF THE 110<sup>TH</sup> precinct on the DAY OF SEPT 28,  2010,**

**AND OFFICERS THOMAS PFEIFFER, DAVID SAPONIERI,**

**ANDREW SEELEY, CHRISTOPHER,**

**AND LT. THOMAS PASSOLO )</u>**

50.    Plaintiff repeats and re-alleges paragraphs from 1 to 49 above as if fully set herein.

51.    The conduct of defendants NYPD OFFICER Defendants NEW

YORK CITY POLICE OFFICER FRED BARRAZA, TAX REG#

941395, OFFICER RICHARD PIMENTEL, SERGEANT FRANCIS

MARGRAF OF THE 110TH precinct on the DAY OF SEPT 28,

2010, AND OFFICERS THOMAS PFEIFFER, DAVID

SAPONIERI, ANDREW SEELEY, CHRISTOPHER THAYER and

LT. THOMAS PASSOLO  engaging in and promoting and enforcing

a sting operation of a violent unconstitutional seizures due to

plaintiff's Nationality and Skin color, performed under color of law

has left plaintiff irreparably scarred him forever and constitutes racial

profiling at its most despicable description.

52.    As a direct and proximate result of such acts, defendants NYPD

OFFICER Defendants NEW YORK CITY POLICE OFFICER

FRED BARRAZA, TAX REG# 941395, OFFICER RICHARD

PIMENTEL, FRANCIS MARGRAF SERGEANT OF THE 110TH

precinct on the DAY OF SEPT 28, 2010, AND OFFICERS

THOMAS PFEIFFER, DAVID SAPONIERI, ANDREW SEELEY,

CHRISTOPHER THAYER, and LT. THOMAS PASSOLO

deprived Plaintiff Bey of his Fourth and Fourteenth Amendment

rights in violation of 42 U.S.C. § 1983.

53.    As a direct and proximate result of those constitutional abuses,
       Plaintiff Bey has suffered and will continue to suffer physical,
       mental and emotional pain and suffering, mental anguish,
       embarrassment and humiliation.

54.    The acts of defendants NYPD OFFICER Defendants NEW YORK
       CITY POLICE OFFICER FRED BARRAZA, TAX REG# 941395,
       OFFICER RICHARD PIMENTEL, SERGEANT FRANCIS
       MARGRAF OF THE 110TH precinct on the DAY OF SEPT 28,
       2010, AND OFFICERS THOMAS PFEIFFER, DAVID
       SAPONIERI, ANDREW SEELEY, CHRISTOPHER THAYER,
       and LT. THOMAS PASSOLO were intentional, wanton, malicious,
       reckless and oppressive, thus entitling Plaintiff Sean to an award of
       punitive damages.

## FIFTH CLAIM

### (Violation of Plaintiff's Rights Under New York Law)

55.    Plaintiff repeats and re-alleges paragraphs from 1 to 54 above as if
       fully set herein.

56.    By the actions described above, each and every Defendant, jointly

and severally, has committed the following wrongful acts against

Plaintiffs, which are tortious under the Constitution and laws of the

State of New York:

a)  assault and battery;

b)  trespass;

c)  violation of the right to privacy;

d) negligence; and

e) violation of rights otherwise guaranteed under the Constitution and

laws of the State of New York.

57.   In addition, Defendants City, Kelly and Bloomberg were negligent

in their hiring, defendants NEW YORK CITY POLICE OFFICER

FRED BARRAZA, **TAX REG# 941395,** OFFICER RICHARD

PIMENTEL TAX REG# 22929, SERGEANT FRANCIS

MARGRAF TAX REG# 03006 OF THE 110TH precinct on the

DAY OF SEPT 28, 2010, AND OFFICERS THOMAS PFEIFFER

TAX REG# 08898, DAVID SAPONIERI TAX REG# 11678,

ANDREW SEELEY TAX REG# 08445, CHRISTOPHER

THAYER TAX REG# 12729 and LT. THOMAS PASSOLO TAX

REG# **92431.**

58.   **WHEREFORE,** plaintiff as to all his causes of action demands the sum of 250 thousand dollars ($250 thousand dollars) against all defendants, THE CITY OF NEW YORK, and against NEW YORK CITY POLICE OFFICER FRED BARRAZA, <u>**TAX REG# 941395,**</u> OFFICER RICHARD PIMENTEL, FRANCIS MARGRAF SERGEANT OF THE 110TH precinct on the DAY OF SEPT 28, 2010, AND OFFICERS THOMAS PFEIFFER , DAVID SAPONIERI, ANDREW SEELEY, CHRISTOPHER THAYER, and LT. THOMAS PASSOLO in their individual capacities as restitution, reparation, and punitive damages for all their reprehensible violent acts and bodily harm and damages sustained in the hands of all defendants.

59.   Award such other and further relief as this Court may deem appropriate and equitable, including injunctive and declaratory relief as may be required in the interests of justice.


**DATED:  Queens, New York**
            July 4, 2011


                                            By: *Sankofa Bey Sekou*
                                            Sankofa Bey Sekou, All Rights Reserved
                                            110-01 34th AVE
                                            FLUSHING, NY 11368
                                            347-666-1822

## NOTARY VERIFICATION

On this day, July ___7___, 2011, personally came before me Sankofa Bey Sekou who

proved his identity to me to my satisfaction and acknowledged his signature in my

presence under the complete authority and Trust in his private Sacred Religious

Convictions only, and held harmless at all times.


**Declarant**


By: _Sankofa Sekou Bey_

Sankofa Bey Sekou, All Rights Reserved,


**BEFORE ME,** *Bey Sekou*


**NOTARY PUBLIC**


**MY COMMISSION EXPIRES ON**


EDSON VLADIMIR DELACRUZ
Notary Public - State of New York
NO. 01DE6239374
Qualified in Queens County
My Commission Expires _12/27/14_

TO:

MICHAEL CARDOZO

CORPORATION COUNSEL OF THE CITY OF NEW YORK

ATTORNEY OF RECORD FOR ALL DEFENDANTS

100 CHURCH STREET

ROOM 3-249

NEW YORK, NY 10007

212-788-0646

Rudyard W. Ceres

# EXHIBIT A

# USED-THINGS STORE CORP.

 

## Tel: 347-981-9040 • Cell: 646-207-4897
## 35-45 102 Street • Corona, NY 11368

| DELIVERY DATE: | | TEL: | | DATE: 9-28-10 | |
|---|---|---|---|---|---|
| NAME: SAMuel | | | | | |
| ADDRESS: | | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | Windsor bike | | 140 |
| | (700) with the USE BIKE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |
| | TAX | | 140 |
| | SUB TOTAL | | |
| | DEPOSIT | | |
| | BALANCE | | |

Signed _____

**NO RETURNS OR EXCHANGES
NO REFUNDS**



EXHIbit B

Case 1:11-cv-05833-BMC-MDG    Document 22    Filed 01/03/12    Page 31 of 54 PageID #: 200

This posting has been published.

Your posting can be seen at http://newyork.craigslist.org/que/bik/1978510164.html.

To edit or delete it use the buttons below:

    [ edit ]    [ delete ]

Back to Craigslist | Return to my account page

# windsor single speed 56cm frame - $280 (qns 11368)

Date: 2010-09-28, 4:11PM EDT
Reply to: sale-7ejab-1978510164@craigslist.org [Errors when replying to ads?]

Windsor 41-30 Cro-moly tubing frame, continental gator hardshell tires hand made in Germany, Crank by Lasco, Formula hubs and rims Frame is 22 inch not sure if that converts to 56cm (maybe). Both front and back brakes. Selling for $280. If interested contact me by email/txt/call 3476661822

· Location: qns 11368
· it's NOT ok to contact this poster with services or other commercial interests



# EXHIBIT C

# EXHIBIT D

# Elmhurst Hospital Center Emergency Services - Elmhurst, NY 11373

| Patient: | Sekou Bey | | DOB: | 5/15/1974 |
|---|---|---|---|---|
| MR #: | 2912486 | | Age/Gender: | 36y M |
| DOS: | 9/29/2010 05:10 | | Acct #: | 2912486-1 |
| Private Phys: | | | ED Phys: | Dinali Fernando, MD |

| CHIEF COMPLAINT: | Enc. Type: | ACUITY: |
|---|---|---|
| Knee pain, traumatic | Initial | 5-Non Urgent/Fast Track |

## Physicians caring for patient:
Harry T. Beyer, PA
Dinali Fernando, MD

## VITAL SIGNS

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| JK2 9/29/2010 05:17 | 98.5 | O | 79 | 16 | 142 | 77 | S | 99% ra | | 6 |

## TRIAGE

Arrival: Patient arrived ambulatory via police vehicle accompanied by police to the ED's internal triage
Historian: The history is provided by the patient
Chief complaint quote: " I was slammed to the ground." Patient is under NYPD custody complaining of pain to both arms and knees after
he said he was slammed to the ground. Patient denies LOC or any other pain.
The patient complains of bilateral knee and bilateral arm . The patient describes the pain as 6/10. The symptoms are constant. . Findings in
the affected area include: no change in range of motion, swelling and no obvious deformity noted

Pain level 4-7 Patient appears calm/relaxed.
Mental status: The patient is alert and oriented x3. with an affect that is calm and speaking coherently
Advanced directives: The patient is undecided regarding advance directives.
Abuse screening/Domestic violence: [-]
Bed Label Form
Ready for registration
*JK2:Jessie Kwong, RN 09/29/10 05:14*
*JK2:Jessie Kwong, RN 09/29/10 05:17*
*JK2:Jessie Kwong, RN 09/29/10 05:18*

## PAST HISTORY

Past Medical/Surgical History
    The patient's pertinent past medical history is as follows: Denies any pertinent past medical history.
    The patient's pertinent past surgical history is as follows: Denies any pertinent past surgical history.
    Patient medication allergies: No known allergies.
    Patient non-medication allergies: milk
    Milk Products
        Notes: Patient said that he also has allergy to MEAT & CHEESE. < entered by: <JK2 09-29-2010 05:18>
    Current medications: Patient not currently taking any medications.
*JK2:Jessie Kwong, RN 09/29/10 05:17*

## HISTORY OF PRESENT ILLNESS

HPI text: Patient presents in NYPD custody after a scuffle with NYPD. Patient stated he was thrown down to the ground and handcuffed
while being arrested. He denied LOC neck or back pain . He complained of bilateral elbow pain and denied knee pain or lower extremity
pain at this time. He denied chest or back or abdominal pain . He is otherwise healthy and denied other PMH. He also complained of an

# Elmhurst Hospital Center Emergency Services - Elmhurst, NY 11373

| Patient: | Sekou Bey | | DOB: | 5/15/1974 |
|---|---|---|---|---|
| MR #: | 2912486 | | Age/Gender: | 36y M |
| DOS: | 9/29/2010 05:10 | | Acct #: | 2912486-1 |
| Private Phys: | | | ED Phys: | Dinali Fernando, MD |

abrasion to the area behind the right ear. He stated his last tetanus vaccination was 7 years ago. He denied suicidal or homicidal ideation. NKDA.

*HTB:Harry T. Beyer, PA 09/29/10 10:42*
*HTB:Harry T. Beyer, PA 09/29/10 10:42*

## REVIEW OF SYSTEMS

CONSTITUTIONAL: No fever, no chills.
EYES: No visual changes, eye pain or discharge.
ENMT: No hearing changes, pain, discharge or infections.
NECK: No neck pain or stiffness.
CARDIAC: No chest pain, with or without exertion. Denies SOB, dyspnea with exertion, orthopnea, PND, or edema.
RESPIRATORY: No cough or SOB.
GI: No nausea, vomiting, diarrhea or abdominal pain. Denies melana, BRBPR.
GU: No dysuria, frequency, urgency, hematuria.
MS: See HPI.
NEURO: No headache, dizziness, or weakness.
SKIN: see HPI.
ENDOCRINE: No polyuria, polydypsia, or palpitations.

*HTB:Harry T. Beyer, PA 09/29/10 10:42*

## PHYSICAL EXAM

Physical Exam
AIRWAY: Airway is patent and clear.
BREATHING: Unlabored and clear.
CIRCULATION: Pulses intact.

CONSTITUTIONAL: Well-appearing in no apparent distress.
HEAD: Normocephalic; There is a small 1 cm linear abrasion behind the right ear. The TM is intact and there is no ear canal injury or pinna swelling or injury.
EYES: PERRL; EOMI
ENT: No abrasions, no deformities.
NECK: No posterior midline tenderness.
CARD: Regular rate and rhythm; normal S1 and S2.
RESP: Normal chest excursions with respirations; breath sounds clear and equal bilaterally.
CHEST: Non-tender to palpation.
BACK: No gross deformities; no midline tenderness. Mild diffuse bilateral soft tissue tenderness is noted. there is no ecchymosis deformity redness or STS noted.
ABD: Non distended; normal bowel sounds; soft non tender to palpation.
PELVIS: Stable; non tender.

# Elmhurst Hospital Center Emergency Services - Elmhurst, NY 11373

| Patient: | Sekou Bey | DOB: | 5/15/1974 |
|---|---|---|---|
| MR #: | 2912486 | Age/Gender: | 36y M |
| DOS: | 9/29/2010 05:10 | Acct #: | 2912486-1 |
| Private Phys: | | ED Phys: | Dinali Fernando, MD |

MSK/EXT: No gross deformities; normal range of motion in all four
extremities; non-tender to palpation No swelling or abrasion to the knees or elbows is noted. There is no ecchymosis and no deformity
There is FAROM of the elbows and knees.
SKIN: No abrasions or contusions except as noted above.
NEURO: A&Ox3; no focal motor/sensory deficit.
*HTB:Harry T. Beyer, PA 09/29/10 10:45*

## DIAGNOSIS
Abrasion - head/scalp
*<HTB:Harry T. Beyer, PA 09/29/10 10:35>*
*<HTB:Harry T. Beyer, PA 09/29/10 10:35>*

Notes: small linear scratch behind the right ear < entered by <HTB 09-29-2010 10:35>

## DISPOSITION
Physician
   Discharged from ED: The patient is discharged to home The patient's condition is stable
   Follow-up: The patient is to follow-up with ER/Fast Track : in2 day(s) Purpose of referral: Re-Evaluation and for a wound check
General Discharge Instructions - English
ATTENDING DOCUMENTATION
   I have personally seen, evaluated and participated in this patient's care and find this patient's history and physical examination are
   consistent with the PA's documentation
*HTB:Harry T. Beyer, PA 09/29/10 10:35*
*HTB:Harry T. Beyer, PA 09/29/10 10:35*
*HTB:Harry T. Beyer, PA 09/29/10 10:36*
*DFERN:Dinali Fernando, MD 10/01/10 18:17*

## DISPOSITION
Disposition is discharged.

*HTB:Harry T. Beyer, PA 09/29/10 10:36*

Follow-up: The patient is to follow-up with ER/Fast Track : in2 day(s) Purpose of referral: Re-Evaluation and for a wound check
*HTB:Harry T. Beyer, PA 09/29/10 10:35*
*HTB:Harry T. Beyer, PA 09/29/10 10:35*
*HTB:Harry T. Beyer, PA 09/29/10 10:36*
*DFERN:Dinali Fernando, MD 10/01/10 18:17*

## NURSING NOTES

| 09/29/10 05:17 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | FS | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98.5 | O | 79 | 16 | 142 | 77 | S | 99% ra | | 6 |

## REGISTRATION
Registration
   Patient has been fully registered.

# Elmhurst Hospital Center Emergency Services - Elmhurst, NY 11373

| | | | | |
|---|---|---|---|---|
| Patient: | Sekou Bey | | DOB: | 5/15/1974 |
| MR #: | 2912486 | | Age/Gender: | 36y M |
| DOS: | 9/29/2010 05:10 | | Acct #: | 2912486-1 |
| Private Phys: | | | ED Phys: | Dinali Fernando, MD |

*MAZC:Marcia Ascona, CA3 09/29/10 05:14*
*MAZC:Marcia Ascona, CA3 09/29/10 06:15*
*PABH:Pabel Herrera, CA3 09/29/10 08:53*

## E/M Score

**Bed Assignments:**
*WRDEFAULT INU 9/29/2010 05:12*
*FTHW1 JK2 9/29/2010 05:16*
*FT4 SM3 9/29/2010 10:28*
**Status Activity:**
*Awaiting triage INU 9/29/2010 05:10*
*With triage JK2 9/29/2010 05:14*
*Needs exam JK2 9/29/2010 05:19*
*PA/NP/Resident assigned HTB 9/29/2010 10:12*
*Released HTB 9/29/2010 15:31*
**Chart Documented By:**
*INU: User N. Interface*
*MAZC: Marcia Ascona, CA3*
*HTB: Harry T. Beyer, PA*
*CWC: Charles W. Chan, ERPSA*
*DFERN: Dinali Fernando, MD*
*PABH: Pabel Herrera, CA3*
*JK2: Jessie Kwong, RN*

**Release Information:**
*Patient released 9/29/2010 15:31*
*Released by Harry T. Beyer, PA*
**Assignments:**
*Harry T. Beyer, PA assigns his/her attending as Dinali Fernando, MD 9/29/2010 10:12*
**Signatures:**
*Chart electronically signed by: Harry T. Beyer, PA 9/29/2010 10:45*
*Chart electronically signed by: Dinali Fernando, MD 10/1/2010 18:17*



**Elmhurst**
**HOSPITAL CENTER**

79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| Patient: | Bey, Sekou | | MR#: | 2912486 |
| Physician: | Dinali Fernando, MD | | Acct #: | 2912486-1 |
| | | | DOB: | 5/15/1974 |

## General Emergency Department Discharge Instructions / Medication Reconciliation

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

You were treated in the Emergency Department by:

| Dinali Fernando, MD | 09/29/10 |
| Harry T. Beyer, PA | 09/29/10 |

Your diagnosis is
Main Diagnosis: Abrasion - head/scalp
Other: Second Diagnosis:
Other: Third Diagnosis:

**What to do:**
- Follow the instructions on the additional sheets you were given:
- Return to the ER if you have increased pain swelling redness or get fever.

- Follow-up: The patient is to follow-up with ER/Fast Track : in2 day(s) Purpose of referral: Re-Evaluation and for a wound check
- Take this sheet with you when you go to your follow-up visit.
- If you have a problem arranging the follow-up visit, contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000.

- If on additional review and interpretation of your tests a change in diagnosis or treatment is needed we will attempt to contact you. It is critical that we have a current phone number for you.

- Some results, including cultures, may not be available for up to 48 hours. The Emergency Department will attempt to contact you if the results require a change in your treatment.



**Elmhurst**
**HOSPITAL CENTER**
79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| Patient: | Bey, Sekou | MR#: | 2912486 |
| Physician: | Dinali Fernando, MD | Acct #: | 2912486-1 |
| | | DOB: | 5/15/1974 |

Additional information or instructions:

**CURRENT MEDICATIONS:**
This list contains all of the medications with doses and frequencies that were documented per your history and our record review.  Please check your list of current medications with your pharmacist or regular doctor to make sure it is accurate.

Current medications: Patient not currently taking any medications.

**DISCONTINUED (STOPPED) /CHANGED MEDICATIONS:**
This list contains the recommended **changes** made to the list of the current medications above.

**PRESCRIPTIONS/OVER-THE-COUNTER MEDICATIONS GIVEN AT COMPLETION OF YOUR ED VISIT:**

This list contains the names of any new prescription medications and over-the-counter medications which you were instructed to begin taking upon completion of your ED visit.  It also contains the names of current medications for which you received a renewed prescription.

* * *Take all medications as directed.*

* * *If significant side effects develop, such as a rash, difficulty breathing, or a severe upset stomach, stop the medication and call your doctor or the Emergency Department immediately.*

I, Bey, Sekou, understand the instructions and will follow-up as directed.  I understand that the treatment that I have just received is intended only as an emergency treatment.  I will contact my family physician, clinic or the doctor to whom the Emergency Department referred me for follow-up care.  If my condition worsens or does not improve as expected, I will return to the Emergency Department or contact my provider as noted above.  I acknowledge that I have received, understand and can demonstrate the above instructions.  Please bring this printed list of current, discontinued /changed prescription medications to your next healthcare provider visit.



**Elmhurst**
**HOSPITAL CENTER**

79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | | | |
|---|---|---|---|
| Patient: | Bey, Sekou | MR#: | 2912486 |
| Physician: | Dinali Fernando, MD | Acct #: | 2912486-1 |
| | | DOB: | 5/15/1974 |

<PTSig>

Patient Signature

<RepSig>

Representative Signature

<StaffSig>

Staff Signature

☐ Patient / ☐ Family Member / ☐ Significant Other _____
demonstrated understanding of instructions by:

☐ Verbal repetition   OR   ☐ Demonstration

☐ Interpreter used
Interpreter Name: _____

Instructions given by: _____ <StaffSig> _____
                                          Title                     ID#

Patient:   Dey, Sekou
Physician:   Dinali Fernando, MD

Acct #:   2912486-1
DOB:   5/15/1974

&lt;PTSig&gt;
_____
Patient Signature

&lt;RepSig&gt;
_____
Representative Signature

&lt;StaffSig&gt;
_____
Staff Signature

☐ Patient / ☐ Family Member / ☐ Significant Other _____
demonstrated understanding of instructions by:

☑ Verbal repetition   OR   ☐ Demonstration

☐ Interpreter used
Interpreter Name: _____

Instructions given by: _____&lt;StaffSig&gt;_____
                                                                    Title                              ID#

Date/time: 29-Sep-2010 10:36                                                                    Page 3 of 3


**Elmhurst**
**HOSPITAL CENTER**
79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | | | |
|---|---|---|---|
| Patient: | Bey, Sekou | MR#: | 2912486 |
| Physician: | Sandra Sallustio, MD | Acct #: | 2912486-2 |
| | | DOB: | 5/15/1974 |

Additional information or instructions:

**CURRENT MEDICATIONS:**
This list contains all of the medications with doses and frequencies that were documented per your history and our record review. Please check your list of current medications with your pharmacist or regular doctor to make sure it is accurate.

**DISCONTINUED (STOPPED) /CHANGED MEDICATIONS:**
This list contains the recommended **changes** made to the list of the current medications above.

**PRESCRIPTIONS/OVER-THE-COUNTER MEDICATIONS GIVEN AT COMPLETION OF YOUR ED VISIT:**

This list contains the names of any new prescription medications and over-the-counter medications which you were instructed to begin taking upon completion of your ED visit. It also contains the names of current medications for which you received a renewed prescription.

* * *Take all medications as directed.*

* * *If significant side effects develop, such as a rash, difficulty breathing, or a severe upset stomach, stop the medication and call your doctor or the Emergency Department immediately.*

I, Bey, Sekou, understand the instructions and will follow-up as directed. I understand that the treatment that I have just received is intended only as an emergency treatment. I will contact my family physician, clinic or the doctor to whom the Emergency Department referred me for follow-up care. If my condition worsens or does not improve as expected, I will return to the Emergency Department or contact my provider as noted above. I acknowledge that I have received, understand and can demonstrate the above instructions. Please bring this printed list of current, discontinued /changed prescription medications to your next healthcare provider visit.

Date/time: 01-Oct-2010 18:34

Page 2 of 3



**Elmhurst**
**HOSPITAL CENTER**

79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | | | |
|---|---|---|---|
| Patient: | Bey, Sekou | MR#: | 2912486 |
| Physician: | Sandra Sallustio, MD | Acct #: | 2912486-2 |
| | | DOB: | 5/15/1974 |

_____

Patient Signature

    &lt;RepSig&gt;
_____

Representative Signature

_____

Staff Signature

☒ Patient / ☐ Family Member / ☐ Significant Other _____
demonstrated understanding of instructions by:

      ☒ Verbal repetition   OR   ☐ Demonstration

☐ Interpreter used
Interpreter Name: _____

Instructions given by: _____ &lt;StaffSig&gt; VOGT _____ PA-C _____ 013614 _____
                                                 Title                 ID#



CIVILIAN COMPLAINT REVIEW BOARD
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

January 21, 2011

Mr. Sekou Bey
110-01 34th Avenue
Corona, NY 11368

Re: CCRB case number 201013955

Dear Mr. Bey:

I am the investigator assigned to the above-referenced complaint, which was filed with the Civilian Complaint Review Board. I am currently investigating your allegation that (a) member(s) of the New York City Police Department engaged in misconduct.

I may be contacting you for additional information regarding your case. Please let me know if you change your address and/or telephone number so that I can contact you. If you have any questions about the case, please call me at (212) 442-8757.

Sincerely,

Jihan Varisco
Investigator



**Elmhurst**
**HOSPITAL CENTER**

79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | | | |
|---|---|---|---|
| Patient: | Bey, Sekou | MR#: | 2912486 |
| Physician: | Dinali Fernando, MD | Acct #: | 2912486-1 |
| | | DOB: | 5/15/1974 |

Additional information or instructions:

**CURRENT MEDICATIONS:**
This list contains all of the medications with doses and frequencies that were documented per your history and our record review.  Please check your list of current medications with your pharmacist or regular doctor to make sure it is accurate.

Current medications: Patient not currently taking any medications.

**DISCONTINUED (STOPPED) /CHANGED MEDICATIONS:**
This list contains the recommended **changes** made to the list of the current medications above.

**PRESCRIPTIONS/OVER-THE-COUNTER MEDICATIONS GIVEN AT COMPLETION OF YOUR ED VISIT:**

This list contains the names of any new prescription medications and over-the-counter medications which you were instructed to begin taking upon completion of your ED visit.  It also contains the names of current medications for which you received a renewed prescription.

\* \* *Take all medications as directed.*

\* \* *If significant side effects develop, such as a rash, difficulty breathing, or a severe upset stomach, stop the medication and call your doctor or the Emergency Department immediately.*

I, Bey, Sekou, understand the instructions and will follow-up as directed.  I understand that the treatment that I have just received is intended only as an emergency treatment.  I will contact my family physician, clinic or the doctor to whom the Emergency Department referred me for follow-up care.  If my condition worsens or does not improve as expected, I will return to the Emergency Department or contact my provider as noted above.  I acknowledge that I have received, understand and can demonstrate the above instructions.  Please bring this printed list of current, discontinued /changed prescription medications to your next healthcare provider visit.

Date/time:  29-Sep-2010 10:36


**Elmhurst**
**HOSPITAL CENTER**
79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | |
|---|---|
| Patient: | Bey, Sekou |
| Physician: | Dinali Fernando, MD |

| | |
|---|---|
| MR#: | 2912486 |
| Acct #: | 2912486-1 |
| DOB: | 5/15/1974 |

## General Emergency Department Discharge Instructions / Medication Reconciliation

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

You were treated in the Emergency Department by:

Dinali Fernando, MD                                    09/29/10

Harry T. Beyer, PA                                       09/29/10

Your diagnosis is
Main Diagnosis: Abrasion - head/scalp
Other: Second Diagnosis:
Other: Third Diagnosis:

**What to do:**
- Follow the instructions on the additional sheets you were given:
- Return to the ER if you have increased pain swelling redness or get fever.

- Follow-up: The patient is to follow-up with ER/Fast Track : in2 day(s) Purpose of referral: Re-Evaluation and for a wound check
- Take this sheet with you when you go to your follow-up visit.
- If you have a problem arranging the follow-up visit, contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000.

- If on additional review and interpretation of your tests a change in diagnosis or treatment is needed we will attempt to contact you. It is critical that we have a current phone number for you.

- Some results, including cultures, may not be available for up to 48 hours. The Emergency Department will attempt to contact you if the results require a change in your treatment.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER:   171793

THE PEOPLE OF THE STATE OF NEW YORK
VS

BEY,SEKOU
Defendant

01/01/1975
Date of Birth

110-01 24 AVE
Address

1748402Z
NYSID Number

CORONA                    NY   11368
City                      State   Zip

09/28/2010
Date of Arrest/Issue

Docket Number: 2010QN057346

Summons No:

165.40
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 01/12/2011 | DISMISSED AND SEALED | MELENDEZ,S | JP1 |

# SEALED

pursuant to Section 160.50 of the CPL.

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WARE,K
COURT OFFICIAL SIGNATURE AND SEAL

05/19/2011
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

# *Fingerprint Response Summary*

### *NYSID: 1748402Z ORI: NY0340110 NYCPD PCT 110*

| | | |
|---|---|---|
| **NYSID:** 01748402Z | **FBI Number:** | **Current Transaction Name:** JOHN DOE |
| **Fax Number:** Q49246 | **Current Arrest Number:** Q10658048 | **DOB:** 01/01/1975 |

## ☺ Alerts

* See Additional Information at the bottom of this response for more banners pertaining to the criminal history

This NYSID Number was used previously and is now reassigned to this individual.

There is no Criminal History Information associated with this history.

## ☺ Identification Information

**Name:**
PIERRE R AUGUSTIN   JOHN DOE

| **Sex:** | **Race:** | **Ethnicity:** | **SkinTone:** |
|---|---|---|---|
| Male | Not Hispanic | | |
| | Black | | Dark/Dark |

| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
|---|---|---|---|
| Brown | Black | 5'08" | 165 |

| **SSN:** | **Place of Birth:** | | |
|---|---|---|---|
| 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 | Unknown | New York | Unknown |

---

## *Fingerprint Response*

### *ORI: NY0340110*
### *NYCPD PCT 110*
### *NYSID : 1748402Z*

| Identification | Summary | Criminal History | Job/License | Wanted | Missing | NCIC/III |
|---|---|---|---|---|---|---|

## ☺ Transaction Data

| | |
|---|---|
| **Name:** | JOHN DOE |
| **Transaction ID:** | 13005905 |
| **Agency ORI:** | NY0340110 |
| **Type of Submission:** | ARREST |
| **Date Fingerprinted:** | September 29, 2010 |
| **Reason Fingerprinted:** | Adult Arrest |

N/H
F.S.
9/29/16

### Arrest/Charge Information

Arrest Date: September 28, 2010 06:21 pm (18:21:00)

| | |
|---|---|
| **Name:** | JOHN DOE |
| **Date of Birth:** | January 01, 1975 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Height:** | 5'08" |
| **Weight:** | 165 |
| **Age at time of crime/arrest:** | 35 |
| **Fax Number** | Q49246 |
| **Place of Arrest:** | NYCPD 110 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | September 28, 2010 |
| **Place of Crime:** | NYCPD 1 |

Application Number:09212030

Type of Application: School Bus Driver
Comments: BUS DRIVER JOB APPLICATION
Name: PIERRE R AUGUSTIN
Address: 110 01 34 AVE, CORONA, NY
Date of Birth: May 30, 1974
SSN: 073740132
Agency ID: 40132
Date of Application: November 30, 2001
Application Agency: NYS Dept of Motor Vehicle- Bus Driver Unit
Application Number:40132

---

## ◉ Wanted Information

There is no NYS Wanted Information associated with this history.

---

## ◉ Missing Person Information

There is no NYS Missing Person Information associated with this history.

---

## ◉ Additional Information

Summary Counts: The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

Courts Please Note: Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

---

## *Federal NCIC, III and/or FBI Response*



---

## ◉ NCIC Information



**The following information is provided in response to your request for a search of the NCIC Person files based on:**

- **Name: DOE, JOHN**
- **Sex: M**
- **Race: B**
- **Date of Birth: 01/01/1975**

NY0303000

NO NCIC WANT SOC/073740132
NO NCIC WANT NAM/AUGUSTIN, PIERRE R DOB/19750101 RAC/B SEX/M
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

---

WARNING: Release of any of the information presented in this computerized Case History is unauthorized

# Additional Fingerprint Response

*ORI: NY0340110*
*NYCPD PCT 110*
*NYSID : 1748402Z*

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

## ● Transaction Data

| | |
|---|---|
| Name: | JOHN DOE |
| Transaction ID: | 13005905 |
| Agency ORI: | NY0340110 |
| Type of Submission: | ARREST |
| Date Fingerprinted: | September 29, 2010 |
| Reason Fingerprinted: | Adult Arrest |

### Arrest/Charge Information
Arrest Date: September 28, 2010 06:21 pm (18:21:00)

| | |
|---|---|
| Name: | JOHN DOE |
| Date of Birth: | January 01, 1975 |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Height: | 5' 08" |
| Weight: | 165 |
| Age at time of crime/arrest: | 35 |
| Fax Number | Q49246 |
| Place of Arrest: | NYCPD 110 |
| Arrest Type: | Unknown |
| Date of Crime: | September 28, 2010 |
| Place of Crime: | NYCPD 1 |
| Criminal Justice Tracking No.: | 64434149J |
| Arresting Agency: | NYCPD PCT 110 |
| Arresting Officer ID: | 941395 |
| Arrest Number: | Q10658048 |
| Arraignment: | Queens County Criminal Court |
| Arrest Charges: | |

-- Criminal Possession Stolen Property-5th Degree

PL 165.40    Class A   Misdemeanor Degree 5   NCIC 2804

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | September 29, 2010 01:33:03 am | |
| Initial Transaction Received | September 29, 2010 01:33:03 am | |
| Transaction Completed | September 29, 2010 02:23:22 am | 0 hours 50 mins |
| Rapsheet Produced | September 29, 2010 02:23 am | |

## ● FBI Identification Results

The FBI identification response, received on September 29, 2010, indicated no FBI data other than New York State history. The information previously provided in your NYS Criminal Justice Services fingerprint response represents the computerized history for this individual.

# Elmhurst
## HOSPITAL CENTER
79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | |
|---|---|
| Patient: | Bey, Sekou |
| Physician: | Sandra Sallustio, MD |

MR#: 2912486
Acct #: 2912486-2
DOB: 5/15/1974

## General Emergency Department Discharge Instructions / Medication Reconciliation

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department.  If you have further questions concerning this visit contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000.  Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

You were treated in the Emergency Department by:

Sandra Sallustio, MD                              10/01/10

Justin Vogt, PA                                   10/01/10


Your diagnosis is
Main Diagnosis: Wound check
Other: Second Diagnosis:
Other: Third Diagnosis:

## What to do:
- Follow the instructions on the additional sheets you were given:

- Follow-up: The patient is to follow-up with the **Diagnostic Clinic**, follow up card is \*\*\*BLUE\*\*\* at **718-334-2715** to schedule an appointment within one week. The Diagnostic Clinic is located on the 1st floor of the D building - Room D1-24.
- Take this sheet with you when you go to your follow-up visit.
- If you have a problem arranging the follow-up visit, contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000.

- If on additional review and interpretation of your tests a change in diagnosis or treatment is needed we will attempt to contact you. It is critical that we have a current phone number for you.

- Some results, including cultures, may not be available for up to 48 hours.  The Emergency Department will attempt to contact you if the results require a change in your treatment.


Date/time: 01-Oct-2010 18:34

**PERSONAL INJURY**

In person or by registered or certified mail within 90 days from the date of occurrence at the Office of the Comptroller, Municipal Building, Room 1225, 1 Centre Street, New York, N.Y. 10007.

To The Comptroller of The City of New York: I herewith present my claim against the City of New York.

**TYPE or PRINT INFORMATION**

**PERSONAL INFORMATION**

| Name Of Claimant | Last | First | Age | Date of Birth Month Day Year |
|---|---|---|---|---|
| | Bey | Sekou Sundiata | | 05/14/74 |

| Address | Number & Street | City (Borough) | State | Zip | Home Phone |
|---|---|---|---|---|---|
| | c/o 110-01 34th Ave | Flushing N.Y. | | 11368 | 718-898-8 |

**ACCIDENT INFORMATION**

| Date of Accident Month Day Year | Exact Location of Accident |
|---|---|
| 09 / 28 / 10 | NYPD 110 Prcnt 94-41 43rd Ave, Elmhurst, N.Y. 11373 |

| Time | [] AM [X] PM | Describe How Accident Happened |
|---|---|---|
| 12:10 am | | 5 or more police officers tackled, slammed me to The ground, bounced on me and attacked me. I was slammed to the ground at the scene. My head |

| Was There a Witness to Accident? [X] Yes [] No | If Yes, Give Name, LAST | FIRST |
|---|---|---|
| P.O. | Pimentel | |

**Address & Phone No. of Witness:**

| NUMBER & STREET | CITY (BOROUGH) | STATE | ZIP | Phone Number |
|---|---|---|---|---|
| 110th Prcnt 94-41 43rd Ave Elmhurst, N.Y. | | | 11368 | 718-476-531 |

Were Police Present at the Accident Scene? Yes[] No()

| P.O. Shield # | PRECINCT 110th Precinct | Accident Report # |
|---|---|---|

**MEDICAL INFORMATION**

| Where Was First Medical Treatment Received? | Date Of First Treatment: Month Day Year |
|---|---|
| Elmhurst Hospital Center | 09 28 10 |

| Was Claimant Taken To Hospital By Ambulance? [X] Yes [] No | If Yes, Give Dates Treated In Emergency Room? [X] Yes 9/28/10 [] No | Admitted To Hospital? | from 9/28/10 to 9/29/10 |
|---|---|---|---|

| Name of Treating Physician: | Sandra Salluhu 79-01 Broadway |
|---|---|
| Address Of Doctor: Number & Street | Dinah, Fernando City (Borough) Queens State NY Zip 11373 |

| Describe Your Injury In Detail: | Abrasion- Head/scalp. Pain all over my body. Head injury, Headaches Body aches, Headache |
|---|---|

**EMPLOYMENT INFORMATION**

| Indicate Status At Time of Accident | [X] Employed [] Unemployed | [] Housewife [] Retired | If Employed, Weekly Salary Varies | Number of Working Days Lost, If Any 7 |
|---|---|---|---|---|

| Employer's Name | Social Security # N/A | Amount Of Pay Lost, If any $2500 |
|---|---|---|
| Health for Wellness, Bey | | |

| Employer's Address Number & Street | PO Box 3904 | City (Borough) Queens Astoria | State NY | Zip 11103 | Phone 347-666-1822 |
|---|---|---|---|---|---|

**DOCTOR AND HOSPITAL EXPENSES**

| Amount of Doctor Bills If Any $ 5,900 | Are Bills Submitted With This Claim? Yes(X) No() Yes |
|---|---|

| Amount of Hospital Bills If Any $ 6,590.00 | Are Hospital Bills Submitted With This Claim? Yes(X) No() Yes |
|---|---|

**COMPLETE THIS SECTION IF ACCIDENT INVOLVED NYC OWNED VEHICLE**

| Was Claimant the Owner of Vehicle Involved in Collision? [] Yes [] No | If No, Owner's Name Last | First | Was Claimant the Driver () Yes No() Passenger() Yes No() of the Vehicle? |
|---|---|---|---|

| Owner's Address: Number & Street | City (Borough) | State | Zip | |
|---|---|---|---|---|

**NYC VEHICLE AND DRIVER INFORMATION**

| Name of NYC Driver: | | NYC License Plate Number |
|---|---|---|
| Last | First | |

| Employed By (Provide Name of City Agency): | TOTAL AMOUNT CLAIMED AS DAMAGES FOR ACCIDENT |
|---|---|

| Date 10/10/10 | Signature of Claimant X Sekou Sundiata Bey |
|---|---|

PERSONAL INJURY

in person or by registered or certified mail within 90 days from the date of occurrence at the Office of the Comptroller, Municipal Building, Room 1225, 1 Centre Street, New York, N.Y. 10007.

:o The Comptroller Of The City of New York:  I herewith present my claim against the City of New York.

**TYPE or PRINT INFORMATION**

**PERSONAL INFORMATION**

| Name Of Claimant | Last | First | Age | Date of Birth | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| Bey | Sekou Sankofa | 36 | 05 15 74 | | | |

| Address | Number & Street | City (Borough) | State | Zip | Home Phone |
|---|---|---|---|---|---|
| 110-01 34TH AVE | Corona | NY | 11368 | 718 898 8692 | |

**ACCIDENT INFORMATION**

| Date of Accident | 09 | 29 | 2010 | Exact Location of Accident | 94-41 43rd Ave, Elmhurst, Ny 11373 |
|---|---|---|---|---|---|
| | Month | Day | Year | | |

Time 12:09  [X] AM [] PM

Describe How Accident Happened: I was asking the police officers as to how cuff me from the Front rather than from the back. I was tackled and slam to the ground Doctor op. Attacked by police offi

| Was There a Witness to Accident? | [X] Yes [] No | If Yes, Give Name, | LAST | FIRST |
|---|---|---|---|---|
| | | P.O. | PiMentel | |

Address & Phone No. of Witness:

| NUMBER & STREET | CITY (BOROUGH) | STATE | ZIP | Phone Number |
|---|---|---|---|---|
| 94-41 43rd Ave. | Elmhurst, N.Y. | 11368 | 718-476-9311 | |

Were Police Present at the Accident Scene? Yes(X) No()

P.O. Shield # _____   PRECINCT # 110   Accident Report # _____

**MEDICAL INFORMATION**

| Where Was First Medical Treatment Received? | Elmhurst Hospital Center | Date Of First Treatment: | 09 29 10 |
|---|---|---|---|
| | | | Month Day Year |

| Was Claimant Taken To Hospital By Ambulance? | [] Yes [X] No | If Yes, Give Dates Treated In Emergency Room? | [] Yes [] No | Admitted To Hospital? | From 9/29/10 to 9/29/10 |
|---|---|---|---|---|---|

| Name of Treating Physician: | 79-01 Broadway |
|---|---|
| Address Of Doctor: Number & Street | Sandra Sallust | City (Borough) Queens | State Ny | Zip 11373 |

Describe Your Injury In Detail  Abrasion - Head/scalp

**EMPLOYMENT INFORMATION**

| Indicate Status At Time of Accident | [X] Employed  [] Housewife [] Unemployed  [] Retired | If Employed, Weekly Salary  $ N/A | Number of Working Days Lost, If Any  7 |
|---|---|---|---|

| Employer's Name | Health to Wellness | Social Security # N/A | Amount Of Pay Lost, ( if any )  $ -1900- |
|---|---|---|---|

| Employer's Address | | | Phone 718-897-8662 |
|---|---|---|---|
| Number & Street Box 3904 | City (Borough) Bklyn | State N.Y. | Zip 11203 |

**DOCTOR AND HOSPITAL EXPENSES**

| Amount of Doctor Bills If Any  $ 5900 | Are Bills Submitted With This Claim? Yes(X) No() |
|---|---|

| Amount of Hospital Bills If Any  $ 19,985 | Are Hospital Bills Submitted With This Claim? Yes(X) No() |
|---|---|

**COMPLETE THIS SECTION IF ACCIDENT INVOLVED NYC OWNED VEHICLE**

| Was Claimant the Owner of Vehicle Involved in Collision? | [] Yes [] No | If No, Owner's Name | Last | First |
|---|---|---|---|---|
| | | | | Was Claimant the Driver  () Yes No() Passenger() Yes No() of the Vehicle? |

| Owner's Address: Number & Street | City (Borough) | State | Zip |
|---|---|---|---|

**NYC VEHICLE AND DRIVER INFORMATION**

| Name of NYC Driver: | | NYC License Plate Number |
|---|---|---|
| Last | First | |

| Employed By (Provide Name of City Agency): | | TOTAL AMOUNT CLAIMED IN DAMAGES FOR ACCIDENT |
|---|---|---|

Signature of _____

Date _____